UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

**In re:**                                                                                                    **Case No. 16-11649-AJC**

**KITCHEN CABINETS and BATH FOR**                          **Chapter 7**
**LESS, INC.,**

              **Debtor .**
_____/

**CREDITOR'S REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEBTOR**

Pursuant to Rule 34 of the *Federal Rules of Civil Procedure*, as incorporated by Rules 7034 and 9014 of the *Federal Rules of Bankruptcy Procedure*, Creditor, E & Y Assets, LLC, by and through undersigned counsel, and in accordance with the instructions and definitions below, requests that the Debtor, Kitchen Cabinets and Bath for Less, Inc., produce the following documents for inspection and copying at the offices of McLaughlin & Stern, LLP, Cityplace Office Tower, Suite 1530, 525 Okeechobee Boulevard, West Palm Beach, FL 33401, Attn.: Steven S. Newburgh, Esq., within thirty (30) days of service hereof.

**DEFINITIONS AND INSTRUCTIONS**

"Communications" means any oral or written statement, dialogue, colloquy, discussion or conversation and, also, means any transfer of thoughts or ideas between persons by means of documents and includes transfer of data from one location to another by electronic or similar means.

"Documents" means the original or copies of any tangible written, typed, printed or other form of recorded or graphic matter of every kind or description, however produced or reproduced, whether mechanically or electronically recorded, draft, final original, reproduction, signed or unsigned, regardless of whether approved, signed, sent, received, redrafted, or executed, and whether handwritten, typed, printed, photo-stated, duplicated, carbon or otherwise copied or produced in any other manner whatsoever. Without limiting the generality of the foregoing, documents shall include correspondence , letters, telegrams, telexes, mailgrams, memoranda, including inter-office and intra-office memoranda, memoranda for files, memoranda of telephone or other conversations, including meetings, invoices, reports, receipts and statements of account, ledgers, notes or notations, notes or memorandum attached to or to be read with any document, booklets, books, drawings, graphs, charts,

photographs, phone records, electronic tapes, discs or other recordings, computer programs, printouts, data cards, studies, analysis and other data compilations from which information can be obtained. Copies of documents, which are not identical duplications of the originals or which contain additions to or deletions from the originals or copies of the originals if the originals are not available, **shall be considered to be separate documents.**

"Documents" also include all electronic data storage documents including but not limited to e-mails and any related attachments, electronic files or other data compilations which relate to the Requests listed below. Your search for these electronically stored documents shall include all of your computer hard drives, floppy discs, compact discs, backup and archival tapes, removable media such as zip drives, password protected and encrypted files, databases, electronic calendars, personal digital assistants, proprietary software and inactive or unused computer disc storage areas.

"Documents and Communications" include all computer stored data, including but not limited to email(s) and any related attachments, database files, word files, spreadsheets, presentations, and accounting data computer hard drives, floppy discs, compact discs, backup and archival tapes, removable media such as zip drives, password protected and encrypted files, databases, electronic calendars, personal digital assistants, proprietary software and inactive or unused computer disc storage areas and shall be produced electronically on external hard disks, compact disks or other data compilations which relate to the categories of documents requested below.

"Person" as used herein means any natural person or any entity, including without limitation any individual, firm, corporation, company, joint venture, trust, tenancy, association, partnership, business, agency, department, bureau, board, commission, or any other form of public, private or legal entity. Any reference herein to any public or private company, partnership, association, or other entity includes such entities, subsidiaries and affiliates, as well as the present and former directors, officers, employees, attorneys, agents and anyone acting on behalf of, at the direction of, or under the control of the entity, its subsidiaries or its affiliates.

"Related to", "relating to", "referring to" or "references" as used herein means containing, constituting, showing, mentioning, reflecting, evidencing, discussing, or pertaining in any way, directly or indirectly, to the subject matter identified in the Request, and includes any documents supporting, denying, underlying or used in the preparation of any document called for by each Request.

"You" or "Your" as may be used herein means the Debtor, and includes any and all agents, employees, servants, officers, directors, attorneys and any other person or entity acting or purporting to act on behalf of the Debtor.

As used herein, the conjunctions "and" and "or" shall be interpreted in each instance as meaning and/or so as to encompass the broader of the two possible constructions, and shall not be interpreted disjunctively so as to exclude any information or documents otherwise within the scope of any Request.

Any pronouns used herein shall include and be read and applied as to encompass the alternative forms of the pronoun, whether masculine, feminine, neuter, singular or plural, and shall

<u>not</u> be interpreted so as to exclude any information or documents otherwise within the scope of the Request.

If you contend that you are entitled to withhold any responsive document(s) on the basis of privilege or other grounds, for each and every such document specify:

    I.       The type or nature of the document;

    II.      The general subject matter of the document;

    III.     The date of the document;

    IV.     The author, addressee, and any other recipient(s) of the document; and

The basis on which you contend you are entitled to withhold the document.

You must produce all documents within your care, custody or control that are responsive to any of these Requests. A document is deemed within your "care, custody or control" if you have the right or ability to secure the document or a copy thereof from any other person or entity having physical possession thereof.

If you assert that any document called for by this request is protected against disclosure under the attorneys work product doctrine or by the attorney-client privilege, you shall provide the following information with respect to such document:

A. the name and capacity of the person or persons who prepared the documents;

B. the name and capacity of all addresses or recipients of the original or copies thereof;

C. the date, if any, borne by the document;

D. the source of the factual information from which such document was prepared;

E. a brief description of its subject matter and physical size; and

F. the nature of the privilege claimed.

If you at any time had possession, custody or control of a document called for under this Request and if such document has been lost, destroyed, purged, or is not presently in your possession, custody or control, you shall describe the document, the date of its loss, destruction, purge, or separation from possession, custody or control and the circumstances surrounding its loss, destruction, purge, or separation from possession, custody or control.

All documents produced pursuant hereto are to be produced as they are kept in the usual course of business and shall be organized and labeled (without permanently marking the item produced) so as to correspond with the categories of each numbered request hereof.

      When appropriate, the singular form of a word should be interpreted in the plural as may be necessary to bring within the scope hereof any documents which might otherwise be construed to be outside the scope hereof.

**DUCES TECUM REQUEST**
**DOCUMENTS TO BE PRODUCED AT THE EXAMINATION**

1. Copies of the Client Questionnaire or other forms completed or prepared by the Debtor and submitted to counsel for the Debtor for use in preparation of the Petition and Schedules in this case.

2. Copies of all Federal Income Tax Returns including schedules and attachments, for the years 2010 to the present, prepared by you or someone acting under your control or supervision. This request includes any Extension requests.

3. Copies of all documentation utilized by you in the preparation of the tax returns and schedules referred-to in Request No. 2, above.

4. Copies of all credit card statements for the past 12 months including any credit card account where you had the right to use any such credit card(s) in the name of another individual or entity.

5. Copies of monthly bank statements and canceled check images, front and back, for the past 12 months.

6. Copies of all state contractor's licenses in your name or in the name of any person acting for or on behalf of Kitchen Cabinets and Baths for Less, Inc.

7. Copies of all financial statements prepared by you or on your behalf or on behalf of Kitchen Cabinets and Baths for Less, Inc.

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and that I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

**Dated: July 19, 2016**

Respectfully submitted,

**McLAUGHLIN & STERN, LLP**
CityPlace Office Tower – Suite 1530
525 Okeechobee Boulevard
West Palm Beach, FL 33401
Tel: (561) 659-4020
*Counsel for Creditor, E&Y Assets, LLC*

By: __/s/ *Steven S. Newburgh*__
STEVEN S. NEWBURGH, ESQ.
Florida Bar No. 348619

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing has been furnished this 19th day of July, 2016, via CM/ECF to all persons authorized to receive notices, electronically, as set forth on the attached Service List and by U.S. Mail, postage prepaid, to all parties listed on the attached Service List who are not authorized to receive notices, electronically, through the Court's CM/ECF system.

By: /s/ *Steven S. Newburgh*<br>
STEVEN S. NEWBURGH, ESQ.<br>
Florida Bar No. 348619

**SERVICE LIST**

# Mailing Information for Case 16-11649-AJC

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Michael P Dunn    michael.dunn@dunnlawpa.com, rbasnueva@dunnlawpa.com
- Barry E Mukamal    bemtrustee@kapilamukamal.com, FL64@ecfcbis.com
- Steven S Newburgh    snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;nlehr@mclaughlinstern.com;hcasebolt@mclaughlinstern.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Alexis S Read    alexis.read@dunnlawpa.com
- Robert Sanchez    court@bankruptcyclinic.com, courtECFmail@gmail.com

### Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

- (No manual recipients)