UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
*www.flsb.uscourts.gov*

In re:

    KITCHEN CABINETS AND                   Case No. 16-11649-AJC
    BATH FOR LESS, INC.,                       Chapter 7

    Debtor.
_____/

**TRUSTEE'S CROSS-NOTICE OF RULE 2004
EXAMINATION *DUCES TECUM* OF DEBTOR**

BARRY E. MUKAMAL, as Chapter 7 Trustee for the bankruptcy estate of the above-captioned Debtors (the "Trustee"), by and through undersigned counsel, pursuant to Fed.R.Civ.P. 34 and 45, Fed.R.Bankr.P. 2004, 7030, 7034 and 9016, and Local Rule 2004-, will examine the Debtor, **KITCHEN CABINETS AND BATH FOR LESS, INC.** (the "Debtor" or "Examinee"),[1] a Florida corporation, through one or more officers, directors, or managing agents, or other persons designated, who consent to testify on its behalf pursuant to Fed.R.Civ.P. 30(b)(6), under oath on **August 10, 2016 at 11:00 AM**, or as soon thereafter, at the law offices of **Robert Sanchez and Associates, P.A, 355 West 49th Street, Hialeah, FL 33012.**

The examination may continue from day to day until completed. The examination is pursuant to Fed.R.Bankr.P. 2004 and Local Rule 2004-1 and will be taken before an officer authorized to stenographically record the testimony. The scope of the examination shall be as described in Fed.R.Bankr.P. 2004 and Fed.R.Civ.P. 30(b)(6). Pursuant to Local Rule 2004-1, no order or subpoena shall be necessary, and to the extent that a request for production of documents under this rule may be construed as a request under Bankruptcy Rule 7034, the time to respond is shortened to fourteen (14) days.

---

[1] Pursuant to Fed.R.Civ.P. 30(b)(6), the designated representative of the Debtor with the most knowledge of the Debtor's corporate structure, organization, operations, management, and finances, past and present; and all matters described in the *duces tecum* requests contained in attached **Schedule "A."**

The Debtor is further requested to produce all of the documents described on the attached **Schedule "A"** no later than **August 8, 2016,** to the offices of **Dunn Law, P.A., 555 N.E. 15th Street, Suite 934-A, Miami, FL  33132**, -or- by e-mail or Dropbox to: **discovery@dunnlawpa.com.**

If the Debtor requires language interpretation at the examination, arrangements must be made directly and in advance of the scheduled examination, at the Examinee's expense.

Interested parties are directed to contact undersigned counsel on the day prior to the scheduled examination to confirm that the examination is going forward on the following day or if documents have been produced in lieu of examination.

### CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served by E-mail and/or U.S. First Class Mail on July 26, 2016, upon the following:

   Kitchen Cabinets and Bath for Less, Inc.
   1405 W 3rd Avenue
   Hialeah, FL 33010-3411

I CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on July 26, 2016, upon all registered users in this case, including:

- Michael P Dunn    michael.dunn@dunnlawpa.com, rbasnueva@dunnlawpa.com
- Barry E Mukamal    bemtrustee@kapilamukamal.com, FL64@ecfcbis.com
- Steven S Newburgh    snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;nlehr@mclaughlinstern.com;hcasebolt@mclaughlinstern.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Alexis S Read    alexis.read@dunnlawpa.com
- Robert Sanchez    court@bankruptcyclinic.com, courtECFmail@gmail.com

        **DUNN LAW, P.A.**
        *Counsel for Barry E. Mukamal, Chapter 7 Trustee*
        555 NE 15th Street, Suite 934-A
        Miami, Florida 33132
        Phone: (786) 433-3866
        Fax:    (786) 260-0269
        alexis.read@dunnlawpa.com

        By:   /s/ *Alexis S. Read*
            Alexis S. Read, Esq.
            Fla. Bar No. 98084

# SCHEDULE "A"

### DEFINITIONS

Unless the context of a specific request requires otherwise, the following definitions and instructions shall apply to these requests:

A. "DEBTOR", "YOU" and "YOUR" shall refer to KTICHEN CABINETS AND BATH FOR LESS, INC., and includes any officers, directors, employees, agents, attorneys, associates, predecessors, successors, assigns, affiliates, subsidiaries, divisions, partners, parents, joint ventures, representatives, and any and all other persons acting on behalf, acting for, purporting to act for, or subject to or under the control of the Debtor, or its subsidiaries, parents, predecessors or successors.

B. "PETITION DATE" shall mean February 4, 2016.

C. "Case" or "instant cause" means the instant bankruptcy case, styled *In re: Kitchen Cabinets and Bath for Less, Inc.* (Case No.: 16-11649-AJC) pending in the United States District Court, Southern District of Florida, Miami Division.

D. "Creditor" shall mean any person or entity to whom the Debtor owes money or is due performance of any other contractual obligation.

E. "Communication" or "Communications" includes every manner of transmitting or receiving facts, information, opinions or thoughts (including, but not limited to: visually; orally; in writing; by digital, analog, electronic, magnetic, telephonic, or other mechanical means; or otherwise), including, without limitation, oral conversations, telephone calls, written correspondence, memoranda or notes, meetings document transmittals, facsimiles, emails or any other method by which information is transmitted.

F. "Concerning", "concern," or any other derivative thereof, as used herein shall be construed as referring to, responding to, relating to (as defined herein), pertaining to, connected with, comprising, memorializing, commenting on, regarding, discussing, showing, describing, reflecting, analyzing or constituting.

G. "Contract" or "contracts" shall mean (a) an agreement, oral or written, between two or more Persons which creates an obligation to do or not to do a particular thing, and (b) any document which serves as proof of the obligation, including, without limitation, any subcontract, insurance policy or other formal agreement, including exhibits, attachments, amendments (whether with or without effect), modifications (whether with or without effect), and addenda.

H. "Document", "documents", or "documentation" means the original or a copy of any tangible thing from or on which Information can be stored, recorded, processed, transmitted, inscribed, or memorialized in any way by any means, regardless of technology or form an including, but not being limited to: accounting books or records; accounts; account statements; affidavits; agendas; agreements; analyses; applications; appointment books; appraisals; audio tapes; balance sheets; bordereaux; books; books or records of account; brochures; cables; calendars; catalogues; CD-ROMs; certificates; charts; circulars; compact discs; computer printouts; contracts; correspondence; data processing input and output; deeds; deposition transcripts; desk calendars; diaries; digital images;

drafts; DVDs; DVD-ROMs; electrical recordings; electronically stored Information, e-mail communications; evaluations; Excel spreadsheets; experiments; faxes; facsimiles; films; financial statements; floppy disks; guides; guidelines; hard copies of electronic, electrical, magnetic or any other communications not made on paper; hard disk drives; hearing transcripts; income statements; instant messages; interoffice communications; journals; ledgers; letters; lists; logs; magazines; magazine articles; magnetic recordings, magnetic tapes; manuals; memoranda; microfilms; minutes; newspapers, newspaper articles; notations, notebooks; notes; objects; opinions; papers; photographs; policies; powerpoint presentations; procedures; profit and loss statements, prospectuses; receipts; recordings; releases; reports; schedules; signature cards; sound recordings; spreadsheets; statements; statements of cash flow; statistical records; stock certificates; summaries of accounts; summaries; tables; tabulations; tangible things; telecommunications; telegrams; telefaxes; telex messages; tests; text messages; titles; transcripts; videos; videotapes; websites; work papers; and any other writings, be they typewritten, handwritten, printed, stored in or on any form of electronic or magnetic media, or otherwise, and other records, recordings or pictures of any kind or description. Each copy of a document which contains any separate notations or writings thereon shall be deemed to be a separate document for purposes of these requests. Any document identified will include any document, in draft or final form, either sent or received by You. This term also includes any documents now or ever in Your possession, custody or control, or available to You, Your attorneys, accountants, agents, representatives, employees, or associates, and specifically includes documents kept by individuals in their desks, at home, or elsewhere.

      I.      "Documents" shall also mean all electronic data storage documents or electronically stored information (ESI) including, but not limited to, e-mails and any related attachments, electronic files or other data compilations which relate to the categories of documents as requested below. Your search for these electronically stored documents shall include all of Your computer hard drives, floppy discs, compact discs, backup and archival tapes, removable media such as zip drives, password protected and encrypted files, databases, electronic calendars, personal digital assistants, proprietary software, and inactive or unused computer disc storage areas.

      J.      "Information" shall be expansively construed and shall include, but not be limited to facts, data, opinions, images, impressions, concepts and formulae.

      K.      "Person" means any natural person, firm, partnership, joint venture, corporation, or group of natural persons or such entities.

      L.      "Relating to," "related" or "relating" means, directly or indirectly, refer to, mention, describe, pertain to, arise out of or in connection with or in any way legally, logically, or factually connected with the matter discussed.

      M.      When referring to a person, the term "Identify" shall mean to give, to the extent known, the person's full name, present or last known address, present of last known telephone number, present or last known e-mail address, and when referring to a natural person, additionally, the present or last known place of employment. Once a person has been identified in accordance with this paragraph, only the name of that person need be listed in response to subsequent discovery requesting the identification of that person.

N.  When referring to a document, the term "Identify" shall mean to state the type of document as defined herein, the subject matter thereof, the date thereof, by whom it was written or prepared, by whom it was signed, to whom it was sent, the present location (name and address of place) thereof, and the present custodian of the original or copies thereof, so that the document is described in sufficient enough detail that it could be subject to a request for production of documents under the applicable rules of civil procedure. If any such document was, but no longer is, in Your possession or subject to Your control, state the disposition of the document.

O.  When referring to a communication other than a document, the term "Identify" shall mean to describe the communication in such a manner that all the following Information is provided: (1) whether the communication took place in person, by telephone, via e-mail, or otherwise; (2) if by telephone, the identity of the person originating the call, the identity of the person receiving the call, the identity of all other persons participating in the communication, and the location of each of those persons at the time of the communication; and the identity of all other persons present within hearing of any party to the communication; (3) if by e-mail, the identity, including name and e-mail address, of the person originating the e-mail; the identity or identities, including name and e-mail address, of all recipients; both intended and unintended, and including persons to whom blind copies were sent, of the e-mail communication; the date and time of the communication; all replies to and forwards of the original communication; the subject of the e-mail communication; and the identity and physical location of the computer, network, or server from which the e-mail was sent; (4) in in Person, the identity of all persons present during the communication and the location of the communication; (5) the date and time of the communication; (6) to the best of Your recollection, what was said by each party to the communication; and (7) the identity of the custodian of any document that recorded, summarized, or concerned the communication.

P.  The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of this discovery all responses that might otherwise be construed to be outside of its scope.

Q.  The words "any," "all" and "each" shall be construed as necessary to bring within the scope of this discovery request all responses that might otherwise be construed to be outside of its scope.

R.  The use of the singular form of any word includes the plural and vice versa.

S.  The use of the masculine form of any word includes the feminine form and the neuter form, and vice versa.

## **INSTRUCTIONS**

With respect to this request for documents, the following instructions shall apply:

A.  This request for documents is continuing so as to require supplementary documents if additional information or documents hereafter are obtained or discovered which may augment or otherwise modify the information that You provide and documents that You produce. Supplementary documents are to be served within five (5) days after receipt or discovery of such information or documents.

      B.      Examinee is hereby notified that its duty to respond to this document request includes the duty to furnish all information, documents and materials which are in Your possession or available to You, including all those which can be obtained from additional sources or in the possession of Your agents, representatives, employees, investigators, attorneys, or anyone acting on their behalf or on Your behalf, pursuant to Fed.R.Bankr.P. 7036. If You are unable to locate any requested information or document after exercising due diligence to secure the requested document, so state.

      C.      In the event that any document requested herein is not presently in Your possession or subject to Your control, please identify each person You have reason to believe had or has knowledge of its contents.

      D.      If any document is not produced under a claim of privilege, for each such document identify the nature of the privilege (including work product) that is being claimed, indicate the document request to which the document is responsive, and provide the following information, unless divulgence of such information would cause disclosure of the allegedly privileged information: (1) the type of document, including the number of pages, and attachments or appendices; (2) the general subject matter of the document; (3) the date of the document; (4) all persons to whom the document was distributed, shown or explained; and (5) such other information as is sufficient to identify the document for a subpoena *duces tecum*, including, where appropriate, the author of the document, the addressee of the document, and, where not apparent, the relationship of the author and the addressee to each other.

      E.      In the event that any document called for has been destroyed, discarded, or otherwise disposed of, identify the document by stating its: (a) author or preparer; (b) addressee(s); (c) indicated or blind copies; (d) date; (e) subject matter; (f) number of pages; (g) attachments or appendices; (h) all Persons to whom it was distributed to or shown; (i) date of destruction of other disposition; (j) manner of destruction or other disposition; (k) reason for destruction or other disposition; (l) Person destroying or disposing of the document; and (m) the document request or requests to which the document is responsive.

      F.      In producing documents requested herein, You shall produce documents in full, without abridgment, abbreviation, and expurgation of any sort.

      G.      All documents shall be produced as they are kept in the usual or ordinary course of business with any identifying labels, file markings or similar identifying features, and shall be organized and segregated in accordance with the numbered and lettered paragraphs and subparagraphs herein, pursuant to Fed.R.Civ.P. 45, made applicable in bankruptcy cases by Fed.R.Bankr.P. 9016.

      H.      All requests herein refer to the period from **January 1, 2012** to the date of production, unless otherwise specifically indicated, and shall include all documents and information that relate to such period, even though prepared, generated or published prior to or subsequent to that period.

## DOCUMENT REQUESTS

### A. REAL PROPERTY

1. Any and all documents that evidence, refer or relate to any real property owned by You, from January 2012 to present.

2. Complete copy of the closing file, including, without limitation, copies of any and all promissory notes, mortgages, HUD-1s, closing statements, settlement statements, addendums, deeds, mortgage or loan applications, payment documents, for any real property sold by You, from January 2012 through the Petition Date.

3. Copy of any homeowner's or renter's insurance polic(ies) with respect to any real property that You used, occupied, possessed, owned, rented, or controlled, from January 2012 to present.

4. Copy of any lease, rental agreement, purchase agreement, and/or sale agreement or contract with respect to any real property that You used, occupied, possessed, owned, rented, or controlled, from January 2012 to present.

5. Any and all lease agreements for real property in which You are the lessor or lessee, from January 2012 to present.

6. Any and all rent rolls for any real properties in which You have had an ownership interest, from January 2012 to present.

7. A copy of any real estate listing or offering for sale or rent for any real property in which You have had an ownership interest, from January 2012 to present.

8. Copies of all deeds and mortgages to which You hold property as tenant by the entireties, tenant in common, or joint tenant from January 2012 to present.

9. Any and all documents that evidence, refer or relate to encumbrances on any real property owned by You, from January 2012 to present.

10. Any and all documents that evidence, refer or relate to ownership of real property in which You currently hold a direct or indirect beneficial interest.

11. Any and all documents that evidence, refer or relate to the sale or transfer of any real property in which You had a legal or equitable ownership interest, from January 2012 to present.

12. Any and all deeds that title any real property to You as trustee for any other person or entity.

13. Any and all deeds of trust or mortgages held in favor of You at present or owned, from January 2012 to present.

14. Any and all documents that evidence, refer or relate to appraisals or other forms of valuation for any real property that You have an interest in or held any interest, from January 2012 to present.

15. Any and all promissory notes or mortgages that You signed, from January 2012 to present.

### B. PERSONAL PROPERTY

16. A complete inventory of all assets **owned by the Debtor** (including, without limitation, property, equipment, machinery, goods, materials, furnishings and fixtures), from January 2012 to present.

17. A complete inventory of all assets **disposed by the Debtor** (including, without limitation, property, equipment, machinery, goods, materials, furnishings and fixtures), from January 2012 to present.

18. Any and all documents that evidence, refer or relate to the Debtor's **disposition or sale** of any and all assets (including, without limitation, goods, equipment, materials, furnishings and fixtures), from January 2012 to present.

19. Copies of any and all leases, including, without limitation, property, rental and equipment leases, related to or concerning the Debtor, from January 2012 to present.

20. All documentation relating to the Debtor's ownership interest in **any motor vehicles, motorcycles, recreational vehicles, motorhomes, trailers and/or related accessories** owned by or in possession of You (whether owned by You or an entity that You are affiliated with, or held in trust by You), including, without limitation, recent appraisals or valuations, certificates of title, registrations, proof of insurance, proof of purchase, lienholder information, co-owner information, co-registrant information, lease information, proof of sale or transfer including consideration, full name and address of transferee, date of transfer, and relationship to Debtor, from January 2012 to present.

21. All documentation relating to the Debtor's ownership interest in **any vessels, watercrafts, aircrafts, trailers and/or related accessories** owned by or in possession of You (whether owned by You or an entity that You are affiliated with, or held in trust by You), including,

but not limited to, recent appraisals or valuations, certificates of title, registrations, proof of insurance, proof of purchase, lienholder information, co-owner information, co-registrant information, lease information, proof of sale or transfer including consideration, full name and address of transferee, date of transfer, and relationship to Debtor, from January 2012 to present.

22. Any and all note receivables, pledges, or security interests in favor of You, from January 2012 to present.

23. Copies of all homeowner's insurance policies and any other insurance policies or riders that have insured any property that You own or have the benefit of use of, from January 2012 to present.

24. Any and all documents that evidence, refer or relate to any interest You have in any patents, trademarks, copyrights, franchises, royalties of any kind, oil and gas rights, timber rights, or mineral rights, from January 2012 to present.

C. **BUSINESS FINANCIAL**

25. Provide a USB flash-drive, portable drive, or disc containing the accounting data for the Debtor, including the name of the software used and the passwords required to access the data.

26. Copies of all stock certificates or shares issued by the Debtor, from January 2012 to present.

27. Signed copies of all local, state and federal tax returns filed by the Debtor for the 2012, 2013, 2014 and 2015 tax years, including all supporting schedules and documentation, including all K-1s, W-2s, 1099 and 1098 forms, and W-4 tax withholding forms.

28. A detailed Profit & Loss Statement for You for the 2012, 2013, 2014, 2015 and 2016 tax years.

29. Provide documents relating to income received by the Debtor, from January 2012 to the Petition Date.

30. Copies of all corporate financial information for the Debtor (including, but not limited to, payroll records, signed payroll tax returns, profit and loss statements, general ledgers, accounts receivable, inventory, accounts payable), from January 2012 to the Petition Date.

31. Provide complete copies of all business records of the Debtor for the four (4) years prior to the Petition Date, including but not limited to: occupational licenses, business licenses (federal, state, county, city), patents, financing statements, factoring agreements, financing agreements, distribution agreements, partnership agreements, licenses, copyright and trademark,

intellectual property, website detail, fictitious name information, non-proprietary manufacturing agreements, assignments, pledges, and financial statements.

32. Any and all corporate charters, bylaws, articles of incorporation (including any amended or revised version), minutes of stockholders' meetings, resolutions, or recorded evidence of any kind relating to the affairs of the Debtor, or any subsidiary or other entity in which that corporation has held an ownership interest, from January 2012 to the Petition Date.

33. Copies of any and all bank statements (periodic or monthly), account statements, ledger accounts, memoranda, signatory cards, checkbooks, canceled checks (front and back), wire transfers (incoming and outgoing), debit or credit advices or memos, deposit slips, withdraw slips, or any other records, for all **open accounts** of any type or nature, including virtual bank or merchant accounts, in any and all financial institutions, anywhere (foreign or domestic), that are in the name or joint name of the Debtor, or where the Debtor is an authorized signer, exercised control, or which the Debtor has or had an interest, from January 2012 to present.

34. Any and all documentation and information supporting any and all deposits, withdrawals, and checks (front and back copies) for any and all accounts described in **Request No. 33,** *supra*.

35. Copies of any and all bank statements (periodic or monthly), account statements, ledger accounts, memoranda, signatory cards, checkbooks, canceled checks (front and back), wire transfers (incoming and outgoing), debit or credit advices or memos, deposit slips, withdraw slips, or any other records, for all **closed accounts** of any type or nature, including virtual bank or merchant accounts, in any and all financial institutions, anywhere (foreign or domestic), that are in the name or joint name of the Debtor, or where the Debtor is an authorized signer, exercised control, or which the Debtor has or had an interest, from January 2012 to present.

36. Any and all documentation and information supporting any and all deposits, withdrawals, and checks (front and back copies) for any and all accounts described in **Request No. 35,** *supra***.**

37. Any and all documents that evidence, refer or relate to any transfers made to or from any financial account held for the benefit of You, by any third party, from January 2012 to present.

38. Any and all signature cards that name You as an authorized signatory on any financial account, for any entity or other third party, from January 2012 to present.

39. Full accounting of all cash advances of $500 or more taken from any credit card or line of credit as listed on Debtor's *Schedule E/F* within four (4) years of the Petition Date, including a detailed description of what the money was used for.

40. Any and all documents that evidence, refer or relate to any interest in, or claimed title to, any certificates of deposit, letters of credit, money orders, cashier's checks, traveler's checks, bank deposits, or escrow funds owned or held by You, from January 2012 to present.

41. Any and all documents that evidence, refer or relate to any account into which any of Your earnings or other income has been deposited from January 2012 to present, whether You continue to have an interest in it or not.

42. Complete copies of all **account statements** (monthly or periodic) listed on *Schedule E/F, Part 2*, including any receipts (if applicable), reflecting all purchases and/or transactions made, from January 2012 to the Petition Date:

   a) Chase Merchant (3.5)

   b) JP Morgan Chase Bank, N.A. (3.8)

43. Copies of any and all **credit card statements** for all cards in the Debtor's name or on which the Debtor is an unauthorized user, from January 2012 to the Petition Date.

44. All documentation relating to any outstanding government, federal, state, and/or municipal) tax obligations, including without limitation, copies of tax liens, for the Debtor as of the Petition Date.

45. Any and all documents that evidence, refer or relate to money owed to the Debtor by any individual or entity for which the obligation remains unpaid.

46. Provide any and all documentation and information relating to any loans made by the Debtor to any shareholders, principals, officers, directors, owners, employees, contractors or agents of the Debtor, from January 2012 to present.

47. All documentation and information regarding any and all transfers of money, contributions, investments, property, loans, gifts over $500.00 made by the Debtor to any person or entity (including, without limitation, any shareholders, principals, officers, directors, owners, employees, contractors or agents of the Debtor), from January 2012 to the Petition Date.

48. Any and all documentation and information regarding any and all transfers of money, property, contributions, loans, investments, gifts, cash withdrawals, or payments over $750.00, **made by the Debtor to any party outside of the ordinary course of business**, from January 2012 to present.

49. Provide a detailed list of expenses paid by the Debtor on behalf of its principals, directors, officers, shareholders or owners, within the four (4) year period immediately preceding the Petition Date, including, but not limited to, rental payments, lease payments, mortgage payments, credit card payments, and meals.

50. Copies of all draw requests or other documents relating to a request for an advance, loan or interim or permanent financing made by You, from January 2012 to present.

51. Copies of any and all borrowing base reports, draw requests or other documents (including, without limitation, promissory notes, agreements, extensions, letters, affidavits, pledges) relating to a request for an advance, loan or financing made by the Debtor, from January 2012 to present.

52. Copies of any and all financial statements that You have prepared for any lender, creditor, or third party from January 2012 to present.

53. Any and all documents, including applications, submitted to any bank, financial institution, or any other person or entity, by You, for any loan or advance, in any capacity (borrower, guarantor, or surety), from January 2012 to present.

54. Copies of any and all applications for credit or financing made by the Debtor for the benefit of or on behalf of the Debtor or the Debtor's principals, directors, officers, managers, owners or agents, from January 2012 to the Petition Date.

55. Provide copies of any and all applications for credit or financing made by any business entity, including, without limitation, a corporation, a limited liability company, a partnership, a limited partnership, a limited liability partnership, a limited liability limited partnership, a professional association and a professional corporation, for the benefit of or on behalf of the Debtor, from January 2012 to present.

56. Any and all documents that contain the terms of any arrangement between You and any person or entity under which You agreed to provided labor or services for compensation, from January 2012 to present.

57. Any and all documents that evidence, refer or relate to any records of salaries, commissions, bonuses, income from employment, wages, pay stubs, dividends, royalties, allowances, expenses, or other sums of money paid to You, from January 2012 to present.

58. All documents related to any profit, equity or benefit sharing agreement or joint venture arrangement in the Debtor has or had an interest, from January 2012 to present.

59. Any and all employment contracts or agreements that You have had, from January 2012 to present.

### F.    GENERAL / OTHER

60.    Complete copies of life insurance policies held by the Debtor for its principals, directors, officers, shareholders and/or members <u>or</u> where the Debtor or its principals are or were a beneficiary.

61.    Any and all document that evidence, refer or relate to any storage facility or miniwarehouse, self storage space or similar real property designed and used for the purpose of renting or leasing individual storage spaces for the purpose of storing and removing personal property to which the Debtor, or any of the Debtor's principals, directors, managers, owners or agents, have access.

62.    Copies of any and all professional licenses held by You.

63.    Copies of all transcripts of any depositions in at which the Debtor testified, from January 2012 to present.

*** * ***

**The Trustee reserves the right to request additional documents as the investigation continues, as the Examination proceeds, as additional issues are uncovered, and as clarifications are required.**